UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* DAVID GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> DAVITA HEALTH CARE PARTNERS, DAVITA KIDNEY CARE, FRESENIUS MEDICAL CARE NORTH AMERICA, FRESENIUS KIDNEY CARE, AMERICAN KIDNEY FUND, and JOHN DOES 1-100, <br><br> Defendants. | No. 16cv11840-NMG <br><br> **FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

**UNITED STATES' NOTICE OF
ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States and plaintiff states notify the Court of their decision not to intervene in this action. Although the United States and plaintiff states decline to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval. Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it. The United States also requests that orders issued by the Court also be sent to the United States'

counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the United States and plaintiff states request that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                            Respectfully submitted,

                                            ANDREW E. LELLING
                                            United States Attorney

By: /s/ Patrick Callahan
      PATRICK M. CALLAHAN
      Assistant U.S. Attorney
      United States Attorney's Office
      District of Massachusetts
      408 Atlantic Avenue
      Boston, MA 02110
      (617) 748-3268
Dated: July 23, 2019      *patrick.callahan@usdoj.gov*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served by first-class mail, on:

> David K. Colapinto, Esq., BBO No. 551835
> Kohn, Kohn & Colapinto, LLP
> 3233 P. Street, N.W.
> Washington, D.C. 20007-2756
>
> Anthony C. Munter, BBO No. 600016
> Price Benowitz, LLP
> 409 7th Street, N.W.
> Washington, D.C. 20004

July 23 2019

By: /s/ Patrick Callahan
PATRICK M. CALLAHAN
Assistant United States Attorney