## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) <br> *ex rel.* DAVID GONZALEZ, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVITA HEALTH CARE PARTNERS, ) <br> DAVITA KIDNEY CARE, FRESENIUS ) <br> MEDICAL CARE NORTH AMERICA, ) <br> FRESENIUS KIDNEY CARE, ) <br> AMERICAN KIDNEY FUND, and ) <br> JOHN DOES 1-100, ) <br> ) <br> Defendants. ) <br> ) | No. 16cv11840-NMG <br><br> **FILED IN CAMERA AND** <br> **UNDER SEAL PURSUANT** <br> **TO 31 U.S.C. § 3730(b)(2)** |

## [PROPOSED] ORDER

The United States and plaintiff states having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that:

1. the Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

2

5. the United States may order any deposition transcripts and is entitled to intervene in this action, for goodcause, at any time;

6. the parties shall serve all notices of appeal upon the United States;

7. all orders of this Court will be sent to the United States;

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,


This __ day of _____ , 2019


_____
HONORABLE NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE