UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* <br> DAVID GONZALEZ, <br><br> Plaintiff-Relator, <br><br> v. <br><br> DAVITA HEALTH CARE PARTNERS, *et al.,* <br><br> Defendants. | No. 16-cv-11840-NMG |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff David Gonzalez, as Plaintiff-Relator and on behalf of himself, through his undersigned counsel of record, hereby submits this Notice of Voluntary Dismissal of this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a). This notice of voluntary dismissal is also without prejudice as to the United States, which declined to intervene in this action.

This notice is filed by the Plaintiff-Relator before the service of the Complaint upon any of the Defendants.

Prior to filing this notice, Plaintiff-Relator contacted the attorneys for the United States and determined that the government consents to voluntary dismissal of the *qui tam* False Claims Act claims, pursuant to 31 U.S.C. § 3730, provided that the dismissal is without prejudice as to the United States.

A proposed order is also submitted herewith.

Respectfully submitted,

 */s/ David K. Colapinto*
David K. Colapinto, BBO #551835
Kohn, Kohn & Colapinto, LLP
1710 N Street, N.W.
Washington, D.C.  20036
Phone:  (202) 342-6980
Fax:     (202) 342-6984
Email:  dc@kkc.com

-    and -

Anthony C. Munter
Price Benowitz, LLP
409 7th Street, NW, #200
Washington, DC 20004
Phone: (202) 417-6000
Fax:  (202) 664-1331
Email: tony@pricebenowitz.com

Attorneys for Mr. Gonzalez

July 17, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Voluntary Dismissal and proposed Order was served via the Court's ECF system on this 17th day of July, 2020, upon on all counsel who have entered an appearance:

Rohith V. Srinivas
Trial Attorney
U.S. Department of Justice
Email: Rohith.V.Srinivas@usdoj.gov

Patrick Callahan
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
Email: Patrick.Callahan@usdoj.gov


By: */s/ David K. Colapinto*
　　　David K. Colapinto