UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* DAVID GONZALEZ, )<br><br>Plaintiff-Relator, )<br><br>v. )<br><br>DAVITA HELATH PARTNERS, *et al.,* )<br><br>Defendants. ) | No. 16-cv-11840-NMG |

## **ORDER**

UPON CONSIDERATION of the Notice of Voluntary Dismissal, dated July 17, 2020, the consent of the United States, and the entire record herein, it be and hereby is

ORDERED that this action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a), as to the United States and without prejudice as to the Plaintiff-Relator.

It is so ordered.

_____
DATE

_____
NATHANIEL M. GORTON
United States District Judge